# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOHAMED SITA BERETE, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 11-cv-4111 |
| OFFICER CHRISTOPHER CORTAZZO, and READING POLICE DEPT., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 18th day of December 2012, upon consideration of Defendants' Motion for Partial Summary Judgment (Doc. Nos. 31 and 32), Plaintiff's Response in opposition thereto (Doc. No. 35), and Defendants' Reply in further support thereof (Doc. No. 36), it is hereby ORDERED as follows:

1) The Motion is GRANTED with respect to Plaintiff's false arrest, illegal search and seizure, and racial profiling and discrimination claims against all Defendants.

2) The Motion is GRANTED with respect to Plaintiff's assault and battery claims against the Reading Police Department.

3) The Motion is DENIED with respect to Plaintiff's assault and battery claims against Officer Cortazzo.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.